UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : HONORABLE SUSAN D. WIGENTON |
| | : CRIMINAL NO. 09-00314-001(SDW) |
| PLAINTIFF, | : |
| | : |
| v. | : **ORDER AMENDING PRESENTENCE** |
| | : **REPORT - FED. R. CRIM. P. 32 (c)(1)** |
| REINALDO PENA | : |
| | : |
| DEFENDANT. | : |

This matter having come before the Court on the application of Donald J. McCauley, Esq., Assistant Federal Public Defender, attorney for defendant Reinaldo Pena and Assistant U.S. Attorney, Zahid N. Quraishi, Esq., appearing on behalf of the United States of America for an Order Amending, pursuant to *Fed. R. Crim. P. 32 (c)(1)*, the Presentence Investigation Report filed in this case, and the Court having considered the arguments of counsel, and for good cause shown,

IT IS on this 18th day of August, 2009,

ORDERED that the first page of the Presentence Investigation Report where it is indicated that defendant's Arrest Date by members of federal law enforcement was October 14, 2008 is hereby corrected and amended to state that defendant was arrested and taken into federal custody by the Immigration and Customs Enforcement (ICE) agency on August 6, 2008; and, it is further Ordered that service of defendant's sentence of imprisonment in this case began on August 6, 2008.

_____
HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE